WILLARD U. TAYLOR, Individually and as Surviving Partner of the Firm of MACFARLAND, TAYLOR & COSTELLO, Respondent, *v.* PUBLIC INDUSTRIALS CORPORATION, Appellant.

Argued November 23, 1936; decided December 31, 1936.

*R. Randolph Hicks* for appellant.

*Stephen Callaghan* and *Ernest A. Fintel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.